PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Matthew Condrey                                    Cr.: 07-cr-00175-001

Name of Sentencing Judicial Officer: Ann Aldrich, U.S. District Judge

Name of Assigned Judicial Officer: Faith S. Hochberg, U.S. District Judge

Date of Original Sentence: 07/16/03

Original Offense: Conspiracy to Possess with the Intent to Distribute Cocaine Base.

Original Sentence: 60 months

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/15/06

Assistant U.S. Attorney: U.S. Attorney's Office       Defense Attorney: Federal Public Defender's Office

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On April 7, 2004, Condrey was found to be in possession of a fraudulent credit card, (Bank of America Master Card # 5490351865083136, issued to P.B.). Additionally, on the same date, Condrey was driving a rental car with a suspended driver's license. |
| 2 | The offender has violated the supervision condition which states **'You shall not leave the judicial district without the permission of the Court or Probation Officer.'** |
| | On or before April 7, 2004, Condrey traveled from the District of New Jersey to Ohio without permission of the Court or the U.S. Probation Office. |

PROB 12C - Page 2
Matthew Condrey

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 04/25/07

THE COURT ORDERS:

[✓] The Issuance of a Summons.  Date of Hearing: 5/22/07 @ 11:30 AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/3/07

Date