UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 07-175 |
| v. | : |
| | : ORDER |
| MATTHEW CONDREY | : |

This matter having come before the Court on the application of defendant, Matthew Condrey, (by John H Yauch, Esq., Assistant Federal Public Defender), and the United States, ( by Christopher Kelly, Esq., Assistant U.S. Attorney) having consented thereto, for an order permitting Matthew Condrey to travel to the District of Ohio for the purpose of visiting his children, and for good cause shown,

IT IS, THEREFORE, on this /2th day of March, 2009

ORDERED that Matthew Condrey is permitted, upon approval of the U.S. Probation Office, to travel to Ohio for the purpose of visiting his children.

FURTHER ORDERED that all other conditions remain intact.

HONORABLE FAITH S. HOCHBERG
United States District Judge

Consented to as to form and content.

_____
Christopher Kelly, Esq.
Assistant United States Attorney

_____
John H. Yauch, Esq.
Assistant Federal Public Defender
Attorney for Matthew Condrey