PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Matthew Condrey               Cr.: 07-00175-001
                                                PACTS #: 33591

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 07/16/2003

Original Offense: Conspiracy to Distribute Crack Cocaine

Original Sentence: 60 months imprisonment followed by 3 years supervised release

Date of Violation Sentence: 10/24/2007

Violation Sentence: 9 months imprisonment followed by 2 years supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/10/2008

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision conditions which state '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' and '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>On June 23, 2009, Condrey submitted a urine specimen which subsequently tested positive for hydrocodone and hydromorphone. On July 9, 2009, Condrey admitted to using Vicodin without a prescription. |

U.S. Probation Officer Action:

Increase urine testing and refer for substance abuse treatment if necessary. In addition, probation will present this document to the offender as a formal judicial reprimand.

Respectfully submitted,

By: Paul E. Choinski
U.S. Probation Officer
Date: 07/20/2009

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[x] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

Signature of Judicial Officer

7/23/09
Date